1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2775





SEALED

FILED

SEP 0 9 2005

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In Re: SEARCH WARRANTS | ) | Misc. S.W. No. 01-232-GGH |
|---|---|---|
| 5551 WATERFALL TRAIL | ) | Misc. S.W. No. 01-233-GGH |
| Greenwood, California | ) | |
|   and | ) | MOTION AND ORDER |
| 1020 NORTHSIDE DRIVE, Suite D | ) | TO UNSEAL SEARCH WARRANTS |
| Cool, California. | ) | |

The United States, by and through its counsel, hereby informs the Court that this investigation has resulted in the arrest of two defendants and hereby moves this Court to order the unsealing of the above-captioned search warrants, and their applications, affidavits, and any attachments.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Anne Pings
    ANNE PINGS
    Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: Sept. 8, 2005

GREGORY G. HOLLOWS
_____
United States Magistrate Judge